

**Signed: November 17, 2010**

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: JUAN MATA                         Case No.: 10-72400 J
      NORMA GUERRERO

                                         Chapter: 13

Debtor(s)/

ORDER OF DISMISSAL

    Debtor(s) having failed to comply with this Court's order dated 10/28/2010, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients